■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHIE WILSON, Also Known as RICHARD ESPOSITOE, Also Known as ANTHONY ESPOSITOE, Appellant.—Application by the defendant for a writ of error coram nobis to vacate an order of this court dated May 16, 1988 [140 AD2d 1016], affirming a sentence of the Supreme Court, Queens County (Dunkin, J.), imposed March 12, 1986, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel. The defendant points to no argument which counsel could have but unreasonably failed to raise on direct appeal (see, Jones v Barnes, 463 US 745). Mollen, P. J., Mangano, Lawrence and Harwood, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AMOS WHITTED, Appellant, v THEODORE REID, as Superintendent, Respondent.—In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (King, J.), dated February 22, 1988, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We have viewed the record and agree with the petitioner's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mollen, P. J., Mangano, Kooper and Spatt, JJ., concur.